IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL MALDONADO,

    Plaintiff,

  v.                                         Case No.  20-cv-501-bbc

KEVIN CARR,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

9/2/2020
Date